**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

VIRGILLIO VIRGO

160 MAIN Street

WERNERSV. LLe, PA 19565

*(In the space above enter the full name(s) of the plaintiff(s).)*

**17    5202**

- against -

HECTOR RodRIGUEZ
160 MAIN Street
WERNERSVilLe

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff      Name      VIRGILLIO VIRGO

ID # _____

Current Institution      WERNERVilLe STATE HoSpital

Address      SAME AS Above

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name  Hector Rodriguez  Shield #_____
                    Where Currently Employed  Patient
                    Address  160 Main Street
                    Wernersville PA  WES Hosp

Defendant No. 2     Name _____  Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 3     Name _____  Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 4     Name _____  Shield #_____
                    Where Currently Employed _____
                    Address _____

Defendant No. 5     Name _____  Shield #_____
                    Where Currently Employed _____
                    Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  SAME AS Above

B.    Where in the institution did the events giving rise to your claim(s) occur?  _____
      W-S-H

C.    What date and approximate time did the events giving rise to your claim(s) occur?  10-9-17

**What happened to you?**

D.    Facts: I WAS aSsAULTE) by WALKiNgS ONS my Heel of my FEET modus oppeRANdi attEmpt by C.L.AN FELERATiONS To LibeRATioN of ANothPRS NATiONS by this mEtods I LosT A LimES

**Who did what?**

HEcToR RodRiQUEZ CAPAiNES to LibeRAtes PueRto Rico fRam United STATES of AmERLiA LET fReedoms RiNGS

**Was anyone else involved?**

**Who else saw what happened?**

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

HaRES LiNE @P FRACTURE To the Right Heel foot

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____
_____ NO _____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you
      informed, when and how, and their response, if any:_____

_____
_____ NO _____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies. _____ COPLoiNS   To   STAfF _____
_____
_____
_____
_____
_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
         administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____
_____ INVeStigations   oN   GRoups
fighting   foR   LiBeRation 3   PveRTo RicO _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.**   **Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____ No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?   Yes _____ No _____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____
   _____

C. Have you filed other lawsuits in state or federal court?

   Yes _____ No _____

On other claims

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:     PLEASE HELP

   Plaintiff _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?   Yes _____ No _____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20____.

Signature of Plaintiff _____

Inmate Number _____

*Rev. 10/2009*                                    - 7 -

Institution Address   W.S.H.
WERNERSViil e   StAtE
HoSpitaL
19565

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this  11  day of  SuNday , 20 17, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff:  Virjillo Virgo

*Rev. 10/2009*                          - 8 -